UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. CR 17-30-LPS |
| ) | |
| **SCOTT C. FOSTER** ) | |
| ) | |
| Defendant. ) | |

## O R D E R

This **27TH** day of **APRIL, 2017**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within thirty (30) days, that is on or before **MAY 30, 2017**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned. The time between the date of this order and **MAY 30, 2017** shall be excludable under the Speedy Trial Act ( 18 U.S.C. Sec. 3161, et seq.).

Honorable Sherry R. Fallon
U.S. Magistrate Judge

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2017 APR 27 PM 2:41

cc: Defense Counsel
    United States Attorney