# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 17-30-LPS |
| v. | ) | |
| | ) | |
| SCOTT C. FOSTER, | ) | |
| also known as | ) | |
| "Chase Reacher" | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION AND PROPOSED ORDER TO CONTINUE TO DESIGNATE CASE AS COMPLEX UNDER THE SPEEDY TRIAL ACT

**COMES NOW**, the parties, by and through the undersigned counsel, respectfully request the Court as follows:

1. On May 24, 2017, the parties filed a Joint Motion and Proposed Order to Designate Case as Complex Under the Speedy Trial Act wherein the parties explained that the size and nature of the evidence in this case warranted a complex case designation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(B)(ii) (D.I. 14).

2. On May 26, 2017, the Court granted the parties' Joint Motion and Proposed Order to Designate Case as Complex Under the Speedy Trial Act; scheduled a status conference for December 6, 2017; and excluded the time between May 30, 2017, and December 6, 2017, under the speedy trial act (D.I. 16).

3. During the December 6, 2017, status conference, a new status conference was agreed upon for March 9, 2018, at 1:30 pm.

4. Accordingly, the parties request that the Court continue to designate this case as complex under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(B)(ii) and extend the defendant's deadline for pretrial motions for a period of approximately 3 (three) months, until March 9, 2018.

5. The parties agree that the time between December 6, 2017, and March 9, 2018, shall be excludable under the Speedy Trial Act, (18 U.S.C. § 3161 et seq.) in the interest of justice.

6. A proposed order is attached.

Respectfully submitted,

DAVID C. WEISS
Acting United States Attorney

_/s/ Peter Levin_____          By: _/s/ Graham L. Robinson_
Peter Levin, Esquire                            Graham L. Robinson
Attorney for Defendant                          Assistant United States Attorney


Dated:  December 7, 2017

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 17-30-LPS |
| v. | ) | |
| | ) | |
| SCOTT C. FOSTER, | ) | |
| also known as | ) | |
| "Chase Reacher" | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

    **AND NOW** this _____ day of _____, 2017, **IT IS ORDERED** that the parties' Joint Motion and Proposed Order to Continue to Designate Case as Complex Under the Speedy Trial Act is hereby **GRANTED**.

1.  For the reasons set forth in the parties' motion, and given the complexity of the case and nature of the prosecution, the Court finds that the exclusion of time under the Speedy Trial Act serves the ends of justice, is in the best interest of the parties, and outweighs the best interest of the public in a speedy trial.

2.  **THEREFORE, IT IS HEREBY ORDERED** that the Court shall exclude the time between December 6, 2017, and March 9, 2018, under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii).

\* \* \* \* \*

3.  **IT IS FURTHER ORDERED** that a Status Conference in the above-captioned case

    shall commence on March 9, 2018, at 1:30 p.m., via teleconference with the government

    initiating the call.


_____

HONORABLE LEONARD P. STARK
CHIEF UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF DELAWARE