## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 17-30-LPS |
| v. ) | |
| ) | |
| SCOTT C. FOSTER, ) | |
|     also known as ) | |
|     "Chase Reacher" ) | |
| ) | |
|     Defendant. ) | |

### ORDER

AND NOW this 24th day of September, 2018, **IT IS ORDERED** that the parties' Joint Motion and Proposed Order to Schedule a Status Conference and Continue to Designate Case as Complex Under the Speedy Trial Act is hereby **GRANTED**.

1. For the reasons set forth in the parties' motion, and given the complexity of the case and nature of the prosecution, the Court finds that the exclusion of time under the Speedy Trial Act serves the ends of justice, is in the best interest of the parties, and outweighs the best interest of the public in a speedy trial.

2. **THEREFORE, IT IS HEREBY ORDERED** the Court shall exclude the time between September 17, 2018, and January 18, 2019, under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii).

* * * * *

3. **IT IS FURTHER ORDERED** that the defendant's deadline for filing pretrial motions is extended until January 18, 2019.

4. **IT IS FURTHER ORDERED** that a Status Conference in the above-captioned case shall commence on January 18, 2019, at 8:30 AM, via teleconference with the government initiating the call.

_____
HON. LEONARD P. STARK, CHIEF JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE